# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 21, 2013

## NO. 03-12-00521-CV

**Tony Davis, Appellant**

**v.**

**Deutsche Bank National Trust; Morgan Stanley Mortgage Capital 1, Inc.;
Saxon Mortgage, Inc.; Mortgage Electronic Registration Systems, Inc. (MERS);
John Cottrell; and Locke, Lord & Bissell, Attorneys at Law, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for the clerk's record; has not submitted a status report regarding this appeal, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.